# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON LANCE LEITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-924-M |
| | ) |
| STATE OF OKLAHOMA, KAY COUNTY, and JARROD HEATH STEVENSON, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 10, 2011, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's civil rights action be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915 and 1915A for failure to state a claim upon which relief may be granted and that this dismissal count as a "prior occasion" or strike pursuant to 28 U.S.C. § 1915(g). Plaintiff was advised of his right to file specific written objections to the Report and Recommendation by December 1, 2011. By way of letter, plaintiff has filed his objections. *See* docket no. 21.

The Court has carefully reviewed this matter de novo. Based upon said review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on November 10, 2011, and

(2) DISMISSES this action without prejudice pursuant to 28 U.S.C. §§ 1915 and 1915A for failure to state a claim.

Additionally, this Court finds that this dismissal shall count as a "prior occasion" or strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED this 7th day of December, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE